in
**'Federal Court'**
at
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4th Street Oklahoma City, OK 73102

| | |
|---|---|
| i: a woman;<br>*prosecutor*<br><br>――――――――――――――<br><br>BOB W HUGHEY who sometimes acts as Associate District Judge of CANADIAN COUNTY STATE OF OKLAHOMA<br><br>JENNIFER M KING who sometimes acts as Municipal Judge of CITY OF YUKON and Guardian Ad Litem for children in CANADIAN COUNTY STATE OF OKLAHOMA<br><br>MARIE HIRST who sometimes acts as Court Clerk of CANADIAN COUNTY STATE OF OKLAHOMA<br><br>MICHELLE GARRISON who sometimes acts as Juvenile Court Clerk of CANADIAN COUNTY STATE OF OKLAHOMA<br><br>PAUL REYNOLDS who sometimes acts as Lieutenant Deputy Sheriff of CANADIAN COUNTY STATE OF OKLAHOMA<br><br>CHRIS WEST who sometimes acts as Sheriff of CANADIAN COUNTY STATE OF OKLAHOMA<br><br>KEVIN WARD who sometimes acts as Under Sheriff of CANADIAN COUNTY STATE OF OKLAHOMA<br><br>SHEILA PRENO who sometimes acts as Secretary of CANADIAN COUNTY SHERIFF DEPARTMENT STATE OF OKLAHOMA<br><br><br>*Wrongdoer(s)* | cause of action: trespass;<br><br>Someone from CANADIAN COUNTY DEPARTMENT OF HUMAN SERVICES and IN THE DISTRICT COURT OF CANADIAN COUNTY STATE OF OKLAHOMA JUVENILE DIVISION, and the CANADIAN COUNTY SHERIFF DEPARTMENT, and the PAYNE COUNTY SHERIFF DEPARTMENT and the DISTRICT COURT OF PAYNE COUNTY all in STATE OF OKLAHOMA conspire with others; administer my property without right.<br><br>Case No.  CIV-24-739-PRW<br>――――――――――――<br><br>(verified)<br><br><br>**FILED**<br><br>JUL 2 2 2024<br><br>JOAN KANE, CLERK<br>U.S. DIST. COURT, WESTERN DIST. OKLA<br>BY_____, DEPUTY |


ADAM FLOWERS who sometimes acts as Captain of CANADIAN COUNTY SHERIFF DEPARTMENT STATE OF OKLAHOMA

PHIL BLEVINS who sometimes acts as Captain of CANADIAN COUNTY SHERIFF DEPARTMENT STATE OF OKLAHOMA

RYAN DOBBS who sometimes acts as Attorney

HUNTER K. BOLING who sometimes acts as Attorney—court appointed—and Guardian Ad Litem for children CANADIAN COUNTY STATE OF OKLAHOMA

TOMMY HUMPHRIES who sometimes acts as District Attorney of CANADIAN COUNTY STATE OF OKLAHOMA

MIKE FIELDS who sometimes acts as District Attorney of CANADIAN COUNTY STATE OF OKLAHOMA

LORY DEWEY a.k.a. LORI DEWEY who sometimes acts as Assistant District Attorney of CANADIAN COUNTY STATE OF OKLAHOMA

JENNIFER HOSKINS who sometimes acts as Attorney—court appointed—of CANADIAN COUNTY STATE OF OKLAHOMA

JUSTIN DALE HOLLIDAY a.k.a. JUSTIN DALE STONE who sometimes acts as Attorney—court appointed—of CANADIAN COUNTY STATE OF OKLAHOMA

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

cause of action: trespass; administer my property without right.

Case No. _____

(verified)

*Wrongdoer(s)*

TAMMY RIGGS who sometimes acts as
Child Welfare Specialist with
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES

CHELSEA PHILLIPS who sometimes
acts as Child Welfare Specialist with
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES

MICHAEL TERHERST who sometimes
acts as Child Welfare Specialist with
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES

SONDRA CANTU who sometimes acts
as Child Welfare Specialist with
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES

SUSAN ALLEN who sometimes acts as
Child Welfare Specialist and Investigator
with OKLAHOMA DEPARTMENT OF
HUMAN SERVICES

BETTY CAMACHO who sometimes acts
as Child Welfare Specialist and
Supervisor with OKLAHOMA
DEPARTMENT OF HUMAN SERVICES

RYAN DEAN CLOPTON who sometimes
acts as Deputy with the PAYNE COUNTY
SHERIFF DEPARTMENT and foster
parent with OKLAHOMA DEPARTMENT
OF HUMAN SERVICES

KIMBERLY SUE CLOPTON who
sometimes acts as foster parent with
OKLAHOMA DEPARTMENT OF HUMAN
SERVICES

KEVIN STITT who sometimes acts as
Governor of the STATE OF OKLAHOMA




                    *Wrongdoer(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

cause of action: trespass;
administer my property without right.

Case No. _____

(verified)

GENTNER DRUMMOND who
sometimes acts as Attorney General of
STATE OF OKLAHOMA

JOSHUA ADAM KOVALSCIK a man
father to ida and aurelius

NICOLE MARIE DESCENNA a.k.a.
NICOLE MARIE KOVALSCIK who
sometimes acts as Peer Support
Specialist OHIO DEPARTMENT
HEALTH HUMAN SERVICES

SONYA HALL a.k.a. SONJA HALL,
SONYA COX, SONJA COX a woman

SANDRA HENRY a woman

SHAWN TAYLOR a.k.a. SEAN TAYLOR
a man

GARY E MILLER CHILDREN'S
JUSTICE CENTER

CANADIAN COUNTY DEPARTMENT
OF HUMAN SERVICES

CANADIAN COUNTY SHERIFF
DEPARTMENT

PAYNE COUNTY SHERIFF
DEPARTMENT

PAYNE COUNTY DEPARTMENT OF
HUMAN SERVICES

OKLAHOMA DEPARTMENT OF
HUMAN SERVICES

MUNCIPAL CITY OF STILLWATER
STATE OF OKLAHOMA

MUNICIPAL CITY OF EL RENO STATE
OF OKLAHOMA

*Wrongdoer(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

cause of action: trespass;
administer my property without right.


Case No. _____



(verified)

LAURA AUSTIN THOMAS who
sometimes acts as District Attorney of
PAYNE COUNTY STATE OF
OKLAHOMA

PHILLIP CORELY who sometimes acts
as District Judge PAYNE COUNTY
STATE OF OKLAHOMA

JOSE VILLAREAL who sometimes acts
as Assistant District Attorney of PAYNE
COUNTY STATE OF OKLAHOMA

JACOB SECREST who sometimes acts
as officer of STILLWATER POLICE
DEPARTMENT

THE STATE OF OKLAHOMA *et al.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

cause of action: trespass;
administer my property without right.

Case No. _____

(verified)

*Wrongdoer(s)*

## notice: jurisdiction

the *Ricks Court* presents notice:

> i: a woman, enter 'my case', [ suit; accoutrements; &cs...] into 'Federal Court';

Secondly:          i, pay money into a 'Federal Court';

> *"A party paying money into Court, admits the jurisdiction of such Court, and can not plead in abatement to it."* J. Chitty pg. 444 (1851)

Thirdly:          'Federal Court', is a 'court of record';
          125 C.J. Vol., *Federal Court* § 344, pg. 9741

Fourthly:          In a 'court of record', the magistrate is independent of the tribunal;
          Blacks Law Dictionary 4th Ed. pg. 10141

Fifthly:          A 'court of record': acts in accordance with common law;
          Blacks Law Dictionary, 4th Ed. pg. 10141

Sixthly:          Suits in common law, the right of trial by jury shall be preserved;
          Seventh Amendment

Seventhly:          The jury can take upon themselves and determine at their
                    own hazard, the questions of fact and law; [*cf* Littleton § 386;
                    81. Comm. § 378 ];

Eighthly:           'Federal Court' is to convene at, a public courthouse (venue);

Ninthly:            The public courthouse, in where 'my case' lies, is known as a federal district
                    court;

Tenthly:            The federal district court is at a location also referred to as:

                    • UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
                    OKLAHOMA;
                    • 'the district court of the united states';

Eleventhly:         The Name of the public courthouse varies but, at all times 'my case' lies 'in
                    Federal Court';

Twelfthly:           i, say here, and will verify in open court, that all herein be true:


i am moving this civil suit under article 7 with more than twenty ($20.00) dollars in controversy under common-law i wish and demand a trial by jury.

i: a woman, by my will, move this case through this federal court by way of rights secured and protected to a woman by the Bill of Rights, united states constitution articles 1, 7, 9, and 10 and under the common law of the land; EXHIBIT 100

Jurisdiction: parties are diverse; there exists a controversy between the parties;

1) federal agent;
2) a state agency;
3) the value of the controversy exceeds $20.00;
4) the power of a court can provide the restoration of rights to woman;
5) i can move a court and order monetary compensation for damages;

Venue: the courthouse is within close proximity to the majority *Wrongdoer(s)*;

Matter of controversy: trespass; kidnapping; extortion; unlawful incarceration; robbery; fraud; forced contract not held; theft of property; false statements; perjury; subornation of perjury; slander; mental anguish; assault and battery; property damage; R.I.C.O.; deprivation of rights; conspiracy against rights under color of law at minimum;

i: a woman, have been kidnapped, robbed, injured and my property has been damaged by *Wrongdoer(s)* individually and collectively: affidavit ADDENDUM A

Beginning December 22, 2021 to the date of this claim—total of nine-hundred-forty (940) days—my property: a boy aurelius and a girl ida stolen and concealed by *Wrongdoer(s)*—specifically SUSAN ALLEN (who drove the get-a-way car), PAUL REYNOLDS, BOB W HUGHEY, RYAN DEAN CLOPTON, KIMBERLY SUE CLOPTON for day of robbery.

From August 6, 2022 – January 26, 2024: five-hundred-thirty-nine (539) days (actual) i: woman unlawfully detained in the PAYNE COUNTY JAIL and my personal property—including evidence of my claim of trespass by *Wrongdoer(s)*—robbed and concealed in evidence room at the PAYNE COUNTY JAIL;

My girl ida has been damaged with barbaric torture by surgical removal of four (4) healthy permanent teeth—based on another boy or girl's dental records— against her wishes against my wishes and over my objection without my express written notarized consent by *Wrongdoer(s)* specifically but not limited to KIMBERLY SUE CLOPTON, RYAN DEAN CLOPTON, SONDRA CANTU, BETTY CAMACHO, CHELSEA PHILIPS, MICHAEL TERHERST and [SURGEON] JOHN DOE approved by *Wrongdoer* BOB W HUGHEY *et al.*

The mental anguish i and my boy and my girl currently subject to is not measurable.

The loss of affection between me and my boy and my girl is not measurable.

The damage to my reputation by false statements made by *Wrongdoer(s)* is irreparable.

my physical health injured to which there is no measure.

i: woman samantha have submitted several USPS Certified Registered NOTICES to Wrongdoer(s) in good faith attempt that they may cure and make i: woman samantha whole. ALL attempts have been ignored and denied to-date.

i will affirm and verify in open court that all above be true.

parties: samantha-siong: ricks Authorized Representative for Legal Fiction SAMANTHA RICKS | CANADIAN COUNTY DEPARTMENT OF HUMAN SERVICES and IN THE DISTRICT COURT OF CANADIAN COUNTY STATE OF OKLAHOMA JUVENILE DIVISION, and the CANADIAN COUNTY SHERIFF DEPARTMENT, and the PAYNE COUNTY SHERIFF DEPARTMENT and the DISTRICT COURT OF PAYNE COUNTY all in STATE OF OKLAHOMA and ALL *Wrongdoer(s) et al.*

i am woman and i have rights and no one has the right to administer my property without right.

Someone from CANADIAN COUNTY DEPARTMENT OF HUMAN SERVICES and in THE DISTRICT COURT OF CANADIAN COUNTY STATE OF OKLAHOMA *et al.* administer my property without right and without my express written notarized consent.

**Statement Of Facts**

i: woman was robbed of my property a boy aurelius and a girl ida, i wish my property be restored to its origin i: woman samantha-siong: ricks immediately. i have wasted time and money filing lawsuits. my boy and girl have been injured and damaged physically and mentally. i have lost all my possessions due to the Trespass against my rights—to include our family home, my business, my vehicle and all personal effects. The mental anguish inflicted upon aurelius, ida and myself are immeasurable. The damage to my reputation has barred me from many company(s)' consideration for employment and housing application(s) will likely be denied as i have already been denied access to shelter(s) and re-entry housing program(s).

**EXHIBIT 100**

united states constitution

**Article 1**- Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances

**Article 7**- In suits at common law, where the value in controversy shall exceed $20, the right of trial by jury shall be preserved, and no fact tried by jury shall be otherwise re-examined in any court of the United States, than according to the rules of the common law.

**Article 9**- The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

**Article 10**- The powers not delegated to United States by the Constitution, nor prohibited by it to the states are received or to the states respectively, or to the people.

## ORDER

As individually and collectively *Wrongdoer(s)* along with the CANADIAN COUNTY DEPTARTMENT OF HUMAN SERVICES move in bad faith i as a woman believe that to settle this case it is necessary and proper for i a woman to be made whole and complete by the return my property: my boy aurelius and my girl ida and all other personal property and the sum of $8,068,800,000.00 reflects the amount time for every second that my rights have been interfered with to date; as the above stated sum is owed payable and due forthwith has to be paid in full within 21 days after the *Wrongdoer(s)* have been served their summons suit and order to prevent further damages from accruing; **ADENENDUM B**

July 18, 2024

=====================================/

Notary Statement

In the State of _Missouri_ ,
County of _Clay_

I swear that on this _18th_ day of _July_ 2024, the above-named aggrieved samantha-siong: ricks, a woman personally appeared before me, and of her own free will, signed and executed this Claim for Restoration of Property and Damages.

_Jacqueline Elaine Murtha_ Notary Public

My Commission Expires: _10-6-2027_

**JACQUELINE ELAINE MURTHA**
Notary Public ~ Notary Seal
Clay County, State of Missouri
My Commission Expires: 10/06/2027
Commission # 15436747

Seal