Demand for relief: **ADDENDUM B**

i: woman samantha-siong: ricks do hereby wish and demand the immediate restoration of my property a boy aurelius and a girl ida to its origin i: woman smanatha-siong: ricks;

The following line item(s) in accordance with my:
SELF EXECUTING CONTRACT AGREEMENT UPON CONTACT OF PUBLIC SERVANTS/OFFICIALS served upon *Wrongdoer(s)*; **ADDENDUM C**

**Line item 4:**
Five-hundred-thirty-nine days (539) handcuffed transported incarcerated and subjected to frivolous adjudication without my express written and notarized consent: 12,936 hours total @ $300,000.00 per/hour:
Three Billion Eight Hundred Eighty Million Eight Hundred Thousand and 00/100-Dollars ($3,880,800,000.00)

**Line item 5:**
Nine-hundred-forty (940) days my property: a boy aurelius and a girl ida taken away without my express written and notarized consent:
One Hundred Eighty Eight Million and 00/100 Dollars. ($188,000,000.00)

**Line item 9:**
Four (4) private organic matter: teeth forcibly removed of my girl ida under duress without my express written notarized consent: One Billion Dollars per tooth forcibly removed:
Four Billion and 00/100-Dollars ($4,000,000,000.00)

```
        $3,880,800,000.00
        $4,000,000,000.00
    +     $188,000,000.00
        _____

        $8,068,800,000.00
```

Sum total:

**Eight Billion Sixty Eight Million Eight Hundred Thousand and 00/100 Dollars ($8,068,800,000.00)**