# SELF EXECUTING CONTRACT AGREEMENT FEE SCHEDULE UPON CONTACT OF PUBLIC SERVANTS/OFFICIALS

Good Faith Ecclesiastical Notice of Introduction
For All Jurisdictions and All Spirits Living and Deceased

| The woman that goes by the samantha-siong: ricks was created by the All of All things universal by the natural law of as it is above as it is below and as it is below as it is above.

| The flesh of the woman that goes by the name samantha-siong: ricks lives and the blood of the woman that goes by the name samantha-siong: ricks flows.

| The woman that goes by the name samantha-siong: ricks is not dead or a fiction therefore the woman that goes by the name samantha-siong: ricks draws and exchanges divine energy in special deposition and now settles all karmic debt(s) and removes all concepts of original sin and curses or mortmain cestui que vie and liens held over the spirit of the woman that goes by the name samantha-siong: ricks and earthly vessel and name of trade known as samantha-siong: ricks. forever and ever more.

| The woman that goes by the name samantha-siong: ricks is not the messiah or "one and only savior" or in any other way or means separated from omnipresent consciousness by delusion of in english as God or in his tongue (The Most High) Yah self or self proclaimed ruler of others.

| The woman that goes by the name samantha-siong: ricks stands equal with all men and women of the good earth.

| The woman that goes by the name samantha-siong: ricks comes now in peace with open arms of love and compassion to all without conflict, injury or controversy.

| The woman that goes by the name samantha-siong: ricks comes now in spirit and stands and Lives-in Flesh and is Resurrected-in-Blood.

| The woman that goes by the name samantha-siong: ricks is a de jure heir and steward of planet earth who is born without money and cannot make money and therefore by divine law cannot serve mammon.

The woman that goes by the name samantha-siong: ricks does not hold an original issue of security transaction certificate of ownership/trade for a legal juristic person and is not permitted in trading the crown/government owned all capital uppercase name of SAMANTHA or SAMANTHA SIONG RICKS or SAMANTHA RICKS or Samantha-Siong: Ricks or Samantha Ricks or Miss Samantha S. Ricks or Ms. Samantha S. Ricks or Mrs. Samantha S. Ricks or any other crown/government uppercase or lowercase derivative variations thereof.

The woman that goes by the name samantha-siong: ricks is not a surety or joinder to a juristic person all capital corporate crown/government first and last name.

The woman that goes by the name samantha-siong: ricks does not give consent to be owned or traded as a human resource or cestui que vie.

Therefore let no man, woman, human being, angel, demon, person, corporate entity/person or foreign jurisdiction make interaction, offer(s), contract(s), unilateral agreement(s), oath(s), fealty, mortmain(s), deed poll(s), curse(s), spell(s), incantation(s), velum(s), lien(s) energy transfer against the Divine Spirit condensing vibration into living flesh in expressed trust without a lawful two-party agreement/contract signed in true-wet-ink between samantha-siong: ricks and the party(ies) seeking interaction/performance.

Therefore the woman that goes by the name samantha-siong: ricks stands and pronounces by Divine recognition to activate a Fee Schedule in action against all unwelcome aggressors/ parties/ persons/ entities/ men/ women/ man/ woman that comes now without proof of claim of contract and/or lawful two-party contract duly signed by both parties in true-wet-ink.

Any party breaking the Divine rule of law against the woman that goes by the name samantha-siong: ricks will be held fully and commercially liable under penalty of perjury and assume liability and risk of being struck from the record of office.

Let this stand now-more and forever as your good faith notice in fair and honorable warning. **This Expressed Self Executing Contract User Agreement Fee Schedule is your NOTICE** of the Fees and Costs of the woman that goes by the name samantha-siong: ricks executes for her time for the protection or defense of her lawful property, rights and interests therein and all lawful freedoms and rights in general when he is engaged in any type of trade or any other matter or interaction between parties.

You the living soul(s), private man or woman, CORPORATION, employee(s), and/or representative(s) of Law Firm, person, natural person, agent, peace officer, police enforcer, or other entity agree(s) to the terms and conditions of this Notice, and each of you jointly and/or severally accept(s) the full responsibility and full commercial liability for the charges/ fees described herein in the event you choose to involve yourself with and/or engage the Divine Spirit condensing vibration into living flesh in expressed trust recognized as the woman that goes by the name samantha-siong: ricks in any matter by default, mistake or otherwise.

Nothing in this pronouncement or any other trust/agreement/contract/notice assigns or transfers any rights remedies-defenses-property(ies)-or-setoff-of-the-woman-that-goes-by-the-name samantha-siong: ricks or purports to confer on any non-Principal or Third party, any benefit or any right to enforce any term(s) of this or any agreement/contract.

## NOTICE OF TRESPASS

Trespass-of-this-Pronouncement-by-any-third-party-or-mortmain-is-hereby-set-at-TEN-MILLION- ( 10 000 000.00 ).999-PURE-COMMERCIAL-GRADE-DOLLARS PER-INCIDENT/ PER-ITEM

Acceptance-of-this-Pronouncement-is-at-presentment-sight-or-by-tacit-acceptance-by-silence.

## NOTICE OF FEES

Fees/currencies/charges for service/costs incurred. Fees are in .999 Silver Ounces or Fiat par equivalent US DOLLAR UNITS

A. Charge for each unauthorized use of copy claim Trade name/Trademark 432,000.00 per incident.
B. Hourly rate for time, labor, effort(s) 432.00 per hour
C. Filing of court claims, defenses or other documents 432.00 per filing
D. Time in court of any kind or jurisdiction 10,000.00 per day
E. Educational Services 432.00 per hour
F. Travel time and mileage in any matter 1,500.00 per hour/ 1.00 per kilometer
G. Receiving any Junk or unsolicited mail 2,500.00 per item
H. Receiving unsolicited/unwanted phone calls 2,500.00 per call
J. Erroneous or Frivolous reports with any Credit Bureau causing restraint/restriction of Trade 500,000.00 per report.

Due to overwhelming evidence in the public and private of loss of good faith and fall from spiritual grace of Divine law by foreign and domestic jurisdictions, fraternities and institutions: All-Oaths-of-Office-of-Peace/Police-officers-armed-security-forces-united-nations-enforcers-government-principals-agents-or-justice-system-participants-judges-esquires-lawyers-priests-bishops-cardinals-popes-pontiffs-are-Accepted-For-Honor-by-the-woman-that-goes-by-the-name samantha-siong: ricks- is-your-firm-and-binding-contract-between-the-parties whereby-you-have -promised-to-protect-and-defend-the-woman-that-goes-by-the-name- samantha-siong: ricks-and-guarantee-all-rights-and-are-now-spiritually-and-temporally-bound-to-protect-the-woman-that-goes-by-the-name- samantha-siong ricks-from-unlawful-or-illegal-purpose-or-construement -of-trust-or-conspiracy-or-contract-between-parties.

The-woman-that-goes-by-the-name samantha-siong: ricks-is-currently-standing-on-the De-Jure- and Divine-Jurisdiction-of-the earth.

Any-transgression(s)-against-the-woman-that-goes-by-the-name samantha-siong: ricks-or-anyone -under-her-care-by-any-third-party-or-foreign-jurisdiction-accept full-personal-and-commercial- liability-and-are-Bound-by-Lawful-intrinsic-Currency Fees-of:

1. THREE-HUNDRED-THOUSAND-(300,000.00) .999-SILVER DOLLARS -PER-HOUR - Corporation-thereof-if-being-ordered-questioned-interrogated-or-in-any-way-detained-harassed-or-otherwise-regulated-under-duress-or-restriction-of-consciousness; and;

2. ONE-HUNDRED-THOUSAND-DOLLARS-(100,000.00).999-DOLLARS-PER-DAY PER-ITEM-of-any-personal-or-intellectual-property-is-registered- under-duress; and;

3. TWO-HUNDRED-THOUSAND-DOLLARS-(200,000.00).999-DOLLARS-PER-DAY PER-ITEM-For-refusal-by-any-principal-or-agent-to-remove-any-prior-registered personal-or-intellectual-property-once-notice-in-good-faith-to-purge-such-personal-or intellectual-property-from-databases; and;

4. THREE-HUNDRED-THOUSAND-(300,000.00).999-DOLLARS-PER-HOUR -if handcuffed-transported-incarcerated-or-subjected-to-any-frivolous-adjudication-process without-the-woman-that-goes-by-the-name samantha-siong: ricks-express-written and-notarized-consent; and;

5. ONE-HUNDRED-THOUSAND-DOLLARS-( 100,000.00).999-DOLLARS-PER DAY/PER ITEM-if-any-property-held-by-the-woman-that-goes-by-the-name samantha-siong: ricks-taken-away-from-the-woman-that-goes-by-the-name samantha-siong: ricks-without-her-express -written-and-notarized-consent; and;

6. ONE-MILLION-(1,000,000.00).999-DOLLARS-PER-INCIDENT-PER-DAY /PER ITEM-if-forced-in-threat-duress-and-intimidation-to-submit-fingerprints-footprints-biometric-or-psychiatric-data-to-any-agency-records-archives-or-databases; and;

7. TWO HUNDRED THOUSAND-THREE HUNDRED THOUSAND -($200,000.00).999-PURE OCCURRENCE-($300,000.00).999-PURE TORT-FEASOR-If-any-violations-caused By-forced-contacts-entered-under-color-of-law-to-conspire-against-the-woman-that-goes-by the-name samantha-siong: ricks--or-related-trust-or-estate-will-be-invoiced-as but-not -limited-to -the-following: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (USC§242) – CONSPIRACY AGAINST RIGHTS (USC § 241)-FALSE STATEMENTS.CONCEALMENT (USC§ 1001) EMOTIONAL DISTRESS (32 CFR 536.77(a)(3)(vii))- MENTAL ANGUISH ABUSE (42 CFR 488.301)- PEONGE -UNLAWFUL INCARCERATION - MALICIOUS PROSECUTION (32 CFR 750.23)-DEFAMATION OF CHARACTER –SLANDER -LIBEL - KIDNAPPING(18 U.S. CODE §1201) - MALFEASANCE (22 CFR 13.3) - SLAVERY - EXTORTION (25 CF 11.417) - ROBBEY - PERJURY (18 USC§ 1621) - SUBORNATION OF PERJURY (18 USC §1622) - RICO (18 USC §1961-1968) - VIOLATIONS OF THE 6TH AMENDMENT AND THE UNIVERSAL DECLARATION OF HUMAN RIGHTS - BREACH OF TRUST; and;

8.ONE-HUNDRED-MILLION-(100,000,000.00).999-DOLLARS-PER-INCIDENT-for any-torture-injury-violence-or--manhandling-brought-against-the-woman-that-goes-by-the name samantha-siong: ricks-or-anyone-under-the-woman-that-goes-by-the-name samantha-siong: ricks; and;

9.ONE-BILLION-(1,000,000,000.00).999-DOLLARS-PER-INCIDENT-if-injected-or any-private-organic-matter-such-as-blood-tissue-saliva-breath-hair-DNA-samples-are forcibly-removed-under-duress.

Due to the overwhelming factual public evidence records of criminal actions by De facto principals-agents-esquires, the-woman-that-goes-by-the-name samantha-siong: ricks -Hereby Pronounces-the-Right-to- record video-audio-evidence-of-any-action(s) -transaction(s) -or interaction(s)-between-parties, the-woman-that-goes-by-the-name samantha-siong: ricks- Hereby Pronounces-the-Right-to-Triple-Her-Fees-in-any-attempt(s)-to-commit-fraud-or conspiracy -against-the-woman-that-goes-by-the-name samantha-siong: ricks. The-woman that-goes-by-the-name samantha-siong: ricks-Hereby Pronounces-the-Right-to register-a-Superior-Agriculture-lien -by-perfection-of-registered-mail-on-All-transgressor(s)-properties-and-assets- in-order -to-obtain-and-secure-payment-of-this-NOTICE.

The-woman-that-goes-by-the-name samantha-siong: ricks Hereby Pronounces-the- Right to-use-Four-Horsemen-of-One-Heaven-or-Apolistic-Proto-Raban(s)-or-any-Four-(4)-goodpeople-not-related-to-her-by-blood-to-secure-payment-of-this-NOTICE-against-any transgressors- who-by-their-actions-or-omissions-harm-her-or-anyone-under-her-care-directly Or-by-proxy-in-any-way.

**Payment in full is due no later than TEN (10) days after receipt of invoice.**

The-woman-that-goes-by-the-name samantha-siong: ricks does not negotiate with terrorists, radical fringe groups, anti-government movements or combatants foreign or domestic. Other miscellaneous charges may apply such as: Storage fees, postage, obtaining honor/dishonor presentment, Non-Acceptance Notary Protests and Certificates, Injunctions, Judgments, Certified/Registered Mail, air travel, meals, insurance, vehicle rentals, accommodations, collection fees, Bailiff charges, Lien/Security Interest, Registration Fees, Legal Fees, and other costs incurred will be billed at cost plus fifty (50) percent.

Prices, currencies, terms and conditions subject to change without further Notice.
Fiat Justitia Ruat Caelum
· Denique Ultimatum Revereor Verum
* All words/whirreds(null) that follow/fall low(null) shall be of common/calm man use only and where "spellings"/ "sounds"/ "mal-intents" are null and void ab initio, ad infinitum, nunc pro tunc;

Notice of Fraud, and Intent to Commit Fraud Via Any and All Means, Third Party Interloping Etc et al By Omission and/or Commission including but not limited to any and/or all assumed, presumed, vowed, in oath to, sworn to, attested to, vowed to, aligned with, allegiances of, by for or to any TITLES and/or PROPERTY of, in for or to the jurisdiction and CORPORATE paper, fictional, illusion and delusional realms of VATICAN CITY, STATE (HOLY SEE), THE CITY OF LONDON, STATE (CROWN) and DISTRICT OF COLUMBIA, STATE commonly known as but not limited to TITLES such as AGENT, EMPLOYEE, BAR MEMBER, JUDGE, JUSTICE, QUEEN, POPE, PRESIDENT, PRIME MINISTER, EMPLOYER, OCCUPANT,

RESIDENT, CITIZEN, CITIZEN OF ROME, CITIZEN, CITY OF LONDON, STATE, OFFICER, CHIEF, etc. et al PARTIES/PIRATES and all things assumed and presumed to be real which are, in fact, pure fiction that violate Natural, Universal and Creator Source Law be it NOW proclaimed the fraud and deception revealed here and now anu: In my hand and with free will intention, allegiance to, of, for and by myself and the Nation of Mankind, a Sovereign Ambassador in peace, honour, truth and love:

To THE ACTING Attorney General in care of 20 Victoria Street, London SW1H 0NF: CITY OF LONDON, STATE and to whomever/whatever it may concern, be they living flesh and blood and/or ACTING in the PERSONA of a CROWN REGISTERED/OWNED NAME:

Be now advised, in the light of day and in the light of truth that you are being duly noted by your actions and intentions either through sheer ignorance of the Universal laws or by a willful act to be in dishonour with the aforementioned Universal and Natural laws all living beings shall stand under.

Whereas ALL creation matters, free will consent and agreements therein are paramount upon all where the trespass upon such is a high crime and:

Whereas all things "legal" are, in fact, not lawful and are purely of a juris-fictional realm created by those who would control the free will consent via ignorance, ignorance of the true laws is not a defence from those laws wherein truth is paramount and mandatory and:

Whereas an agreement created with intent of one and/or more parties to commit fraud and/or other crimes, also be it known that by virtue of your own ROMAN MAXIMS that a "fraud revealed" is null and void nunc pro tunc and:

Whereas any intent/attempt to commit fraud knowingly and/or willingly and/or by your own ignorance via commission/omission of that knowledge and/or ignorance, you are, in fact guilty of the crimes with that intent or ignorance and:

Whereas any and all intents/attempts to engage in such actions as to deceive knowingly or unknowingly, it is the duty of that individual or party to mend their criminal activities having this knowledge brought into the light for all to see and the trespass upon the free will consent of all others shall end and:

Whereas you are now given the truth of all matters via this notice as follows, it is now and furthermore incumbent upon you to be in accordance with Natural/Universal and Creator laws with your knowledge and ignorance and:

Whereas your ROMAN MAXIM of "those who create the laws, shall obey the laws" and with your own oaths, allegiances, vows, promises etc et al you have freely consented by surrendering your own free will choice to another master, you are obligated, by that free will choice to be in accordance with those that you have chosen to rule over you until such a time where all previous oaths, vows, allegiances, promises etc et al are nullified by your own choice and you may do so

freely since you also were deceived where fraudulent intent and ignorance is concerned or continue now in the knowledge of the frauds you commit in commission where omission has been vanquished and:

Whereas any and all assumptions and presumptions of the legal juris-fiction are all based in fraudulent intent and/or ignorance of these assumptions and presumptions where free will consent and all man made and universal compacts and agreements are concerned and are hereby nulled and voided ab initio, ad infinitum, nunc pro tunc, you and those who are your masters are guilty, by commission and/or omission of universal fraud.

By your actions of attempting to re-create this fraud via deceptios attempts of joinder of the living flesh and soul, to an inanimate NAME that is not owned by myself and would be a criminal act to do so, be it duly noted that all attempts thus far have also been duly noted and will be forwarded as evidence of your criminal activities and intentions to your own authorities to which you owe your sworn allegiance where I have none but to myself and the source creator.

## Govern yourself accordingly

Attention: Any and all Criminals/Colonizers/Citizens/Fraudulent Beings/Aliens of the Foreign STATES of/in/for and by THE CITY OF LONDON, STATE/ VATICAN CITY, STATE/ DISTRICT OF COLUMBIA, STATE and any and all juris-fictions you represent be advised in the light of day, here and NOW:

Whereas, through deceit and fraud NOW in the light of this day, any and all foreign citizens of these fictional realms being foreign to humanity and reality as a whole since yours is, in fact, an illusion and thus delusional reality in which only corporate fictions can ACT legally where living flesh cannot and:

Whereas UNUM SANCTUM of 1302 has been challenged and acquiesced, and hereby also is the fraudulent claim that the HOLY ROMAN EMPIRE/HOLY SEE makes upon/to any and all fictitious deities/ in english as God or in his tongue (The Most High) Yahs of their own creation by virtue of fraudulent, deceitful pretense and perpetrated through the same fraud and deceit upon all of humanity that has brought immeasurable pain and suffering, death and genocide, fear and hate upon the whole of humanity and by virtue of the laws of creation and Universal Law, are guilty of such and more than aforementioned crimes and:

Whereas only through the free willed consent and ignorance of the masses have you and any/all of your minions been able to stay in Universal Honour where you have thus far remained blameless but no longer with the frauds and deceptions you have thrust upon humanity now in the light of truth and honour absolute for ALL to see and:

Whereas, if but only one is awakened, the whole of humanity shall stand as one consciousness for the one is of the all and the all is of the one and many are now awakened and:
Whereas all things "legal" are, in fact, of a pure fictional nature and are abhorrent to natural and

Universal Laws where all laws created from the hand of man are irrelevant in, of and to the Laws of the Universe and of no force or effect NOW and forever and;

Whereas ANY and ALL claims, proclamations, PAPAL BULLS, ACTS etc et al made from this fraudulent and deceitful position are henceforth and forever null and void ab initio, ad infinitum, nunc pro tunc and;

Whereas the hidden knowledge and thus, truth, belongs to ALL humanity and free willed beings and where the true histories of this world have been hidden, deleted, altered, destroyed etc. et al the truth shall take its rightful place in the hearts of all beings on, of and in this universe and;

Whereas ALL alleged "LIVING DOCUMENTS" a.k.a. PAPAL BULLS cease forever in their intent and power of existence where the blood of the innocents spilled to create them is again purified in this truth and;

Whereas all blood spilled from the original evil intent shall henceforth be pure again in the unveiling of this crime against all beings of this world and in the universe and;

Whereas ALL beings that have been deceived into slavery by means of trickery, fraud, force or anything of a less than honour full intent, be hereby freed of this intent by virtue of the frauds herein unveiled whereby no law/statute from the hand of man be of any force or effect any longer.

Therefore, be it now and forever known that any and all frauds placed upon humanity were of evil intent, of evil incarnate and are hereby in the light where only atonement of the guilty may bring them solace and ultimately forgiveness, such is the free will choice of all and;

Therefore, be it now and forever known that all are equal in that free will choice where by one's actions and allegiances, one shall be known and;

Therefore ANY and ALL contracts/compacts, allegiances, agreements, man-made laws etc. et al that are/were/will be made with a malicious, malevolent, fraudulent, deceptive and/or fictional illusion intent outside of the laws of the universe and truth, are hereby rendered null and void ab initio, ad infinitum, nunc pro tunc and;

Therefore, ALL guilty parties of, for, in and by these aforementioned CORPORATE STATE/S and their affiliated CORPORATIONS etc be they living in illusion or are inanimate are, in fact, FOREIGN and ALIEN INTERLOPERS upon humanity by, of, for and in their free will choice to do so. By their ACT-IONS and INTENT and their vowed/sworn allegiance knowingly or unknowingly by and of their own free will choice and ignorance/agreements/oaths/vows/pledges etc. et al to said STATES and fictional realms that shall be known as the JURIS-FICTION, are fully re-spawns-able for their ACT-IONS and INTENT by omission or commission of crimes against the whole or any part of humanity. Only they who make the "laws" shall obey the "laws" as shown in your juris-fictional realms via oaths made.

Your deceptions and frauds are laid bare before the altar of the Universe where all shall be seen in their own lightness or darkness, by and of their own free will choice which is the re-spawns-ability of the self and no other.

Your measure of worth is that which you have taken in lieu of truth, peace, love and honour absolute upon which, no price can be levied or even postulated. Justice be served through the heavens may fall, so mote it be ab initio, ad infinitum.

### You stand NOW in ABSOLUTE DISHONOUR. By Omission or Commission, You are Guilty;

Whereas, if you use a REGISTERED NAME, you are a FOREIGN COLONIZER/INVADER and guilty of crimes by Omission or Commission for, of and by THE CITY OF LONDON, STATE which by virtue of OWNERSHIP by THE HOLY SEE/ VATICAN CITY.STATE/ THE HOLY ROMAN EMPIRE, STATE and are guilty as follows:

1. By swearing, attesting, agreeing, affirming, recognizing, aligning or allying with, via oath or ignorant acquiescence to any and/or all aforementioned CORPORATIONS/INSTITUTIONS you are hereby guilty by association with all associated criminal activities including but not limited to GENOCIDE, WARS OF AGGRESSION, MURDER, SLAVERY, FRAUD, THEFT AND ALL CRIMES AGAINST HUMANITY etc. et al and;

2. With any and all use of a NAME that is in BOND FORM and REGISTERED with the CROWN you are, in fact committing FRAUD since BIRTH via the BIRTH CERTIFICATE and are in fact, a slave to the aforementioned entities and;

3. Any use of GOVERNMENT IDENTIFICATION is, in fact, fraud since a BIRTH CERTIFICATE cannot be used for identification purposes as stated clearly on the original or copied document. ALL GOVERNMENT IDENTIFICATION is created from the BOND INSTRUMENT COPY. You do not have, nor will you ever see the ORIGINAL because it was sold and the copy ACTS merely as the proof of sale and is, in fact, a receipt only for the sale of the INTELLECTUAL PROPERTY of the NAME that belongs to the CROWN CORPORATION and;

4. Any attempt to ask, force, coerce, threaten etc. et al anyone who knows this truth is, in fact, aiding and abetting a fraudulent action and is guilty of a crime upon that act and furthermore by IDENTIFYING themselves with this fictional CROWN CORPORATION OWNED NAME via GOVERNMENT IDENTIFICATION of any kind, they are ACTING in fraud ab initio and;

5. Unum Sanctum Papal Bull of 1302 fraudulently claimed all TITLE and PROPERTY on, over and under the Earth with the fraud being only in the fictional realms of "legal" where real laws are known and never written by the hand of man. THE HOLY ROMAN EMPIRE has claimed only TITLE and PROPERTY which includes but is not limited to anything and all things in the illusion of fictional CORPORATE realms or Juris-Fiction which is inferior to the living beings

true Jurisdiction. A puppet cannot speak without a willing puppeteer attached and is hereby exorcised and;

6. ALL CONTRACTS created in the illusion of CORPORATE veils are, in fact, FRAUD absolute be they knowingly or unknowingly entered into with the pretense to defraud a living being by means of a CORPORATE TITLE/NAME or any and all such fashions of JOINDER, assumed or presumed by the offending party through a willful or ignorant ACT and;

7. All CITY OF LONDON (CROWN)/VATICAN CITY (HOLY SEE)/DISTRICT OF COLUMBIA AGENTS/OFFICIALS/OFFICERS/BAR MEMBERS etc. et al are, in fact, ALIEN/FOREIGN/COLONIZERS with no rights upon the lands beyond their own fictional borders and as such have NO FOREIGN IMMUNITY as the invaders they are upon the rest of this world inasmuch as they have either SWORN/VOWED/OATHED/AFFIRMED/ATTESTED etc. et al their allegiance with one or all aforementioned CORPORATE FICTIONAL REALMS and;

8. By virtue of the original fraud and deceptive claims made by any and all affiliated entities past, present and future as their being " in english as God or in his tongue (The Most High) Yah/ in english as God or in his tongue (The Most High) Yah's representative/deity" on Earth are hereby exposed for this manifest fraud upon all of humanity whereby anyone believing in or accepting "their in english as God or in his tongue (The Most High) Yah" made them subject to their " in english as God or in his tongue (The Most High) Yah's" laws and commandments as were written by them to accept the punishments as dictated by those that perpetrated this heinous concept of "religion" to enslave, foment genocide, create wars and thus murder countless innocents on this Earth in the NAME of their " in english as God or in his tongue (The Most High) Yah" and are hereby guilty of these crimes under Universal Law where ALL stand under and;

9. Once a FRAUD is revealed, it is NULL and VOID, nunc pro tunc as per their own dictum's and "LEGAL MAXIMS/ACTS/STATUTES/CONSTITUTIONS " etc. et al and that they must abide by their own ROMAN LAW MAXIM of "those who make the laws, obey the laws" lest they be in complete DISHONOUR ab initio, ad infinitum.

By commission or omission of acting in a crime, you are party to that crime for its commission and are as guilty as if you committed the crime yourself if you do nothing to stop it. If you know of a crime and do not act upon the truth to bring the guilty to the light, you are aiding and abetting in any crimes you are aware of and do not take actions to thwart or bring to the light of truth. By virtue of this knowledge it is now incumbent upon you, the living man/woman to make a free will choice and choose your path henceforth.

Upon you NOW lies the full weight of truth in all your actions towards your fellow mankind on every land upon this Earth. Where you have chosen, the unseen forces of this Universe have also chosen by virtue of the most precious of all laws being FREE WILL where NONE may TRESPASS. May you be wise and free in your choice where the Universe shall gift you accordingly for whichever path you choose.

Note: All past, present and future evidence will be given to your authorities to pass judgment whereas in my/our jurisdiction I judge not lest I be judged. Let it henceforth and forever be known that all prior assumptions and/or presumptions of any and all allegiances, oaths, vows, compacts, pledges etc et al are hereby nulled and voided with regards to all things in the legal jurisdiction such as; CITIZENSHIP, EMPLOYEE, EMPLOYER, AGENT, REGISTERED NAME etc. et al.

Any and all presumptions and/or assumptions of the use of any and all GOVERNMENT IDENTIFICATION, which is created in fraud via the BIRTH CERTIFICATE with any and all use since by and/or of this individual is also, in fact, an unknowingly fraudulent ACT. WHEREBY using the INTELLECTUAL PROPERTY of a/the REGISTERED NAME that was duly sold upon REGISTRATION, was and is no longer nor ever was or will be this individual's property or right to use, is, in fact an act of fraud and shall end henceforth ab initio ad infinitum, nunc pro tunc. Any and all attempts to force, coerce, deceive etc. et al, into my using or claiming anything with this REGISTERED NAME is, in fact, aiding and abetting an act of fraud.

**GOVERN YOURSELVES ACCORDINGLY**

Denique Ultimatum Revereor Verum
Fiat Justitia Ruat Caelum
In my hand and/or e-mailed with free will intention, allegiance to, of, for and by myself and the Nation of Mankind, samantha-siong: ricks do proclaim in peace, honour, truth and love;

By: _samantha-siong:ricks_ 20_24_
With all rights reserved under God's natural law authority

JURAT

State of _Missouri_ )
) ss.
County of _Clay_ )

The above named living woman _Samantha Siong Ricks_ appeared before me, a Notary, and proved to me on the basis of satisfactory evidence to be the woman whose name is subscribed to the within instrument, and that by hher autograph on the Public Notice Declaration of Peace Treaty and accepts and declares the truth thereof.
Under oath this _10th_ day of _May_, A.D. 20_24_

_Sharon D Rose_
Notary signature
Seal/Stamp
My commission expires. _04, 24-2025_

**Sharon D. Rose**
Notary Public ~ Notary Seal
Clay County, State of Missouri
My Commission Expires 04/24/2025
Commission # 13405028