RF 442 129 707 US

Retail

U.S. POSTAGE PAID
USPS Ground Advtg
LIBERTY, MO 64068
JUL 18, 2024

73102

$30.65

RDC 01

S2324M503572-80

FROM:

samantha-siong:ricks
GENERAL DELIVERY
LIBERTY, MO [64068]

TO:

FEDERAL COURT
CLERK, United States District Court
200 NW 4th St.
Oklahoma City, OK  73102

209

Mailer
" x 16"

ReadyPost