IN FEDERAL COURT AT THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

Civil Action No. CIV-24-739-PRW

a woman samantha-siong: ricks )
Plaintiff, )
v. ) VERDICT
)
Wrongdoer(s) - See Wrongdoer(s) list below. )

FILED
DEC 02 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

==========================================/

"We the People" of the United States of America, a jury of twelve (12), on and for the public record do find for the plaintiff, the woman samantha-siong: ricks and do order the immediate restoration of her property, a boy aurelius and a girl ida stolen and concealed by Wrongdoer(s) and do award to the woman samantha-siong: ricks money damages in the amount of $10,000,000,000.00 US Dollars (Ten Billion and 00/100 Dollars) against the Wrongdoers(s) to be paid-in-full and settled within thirty (30) days. See Wrongdoer(s) list below.

_____ (Deborah A. Boehm)
(Foreperson Autograph)
14507 W. Roanoke Ave    602-399-8936
Goodyear, AZ 85395    dboehm1847@gmail.com

==========================================,

## Wrongdoer(s) List

**BOB W HUGHEY** who sometimes acts as Associate District Judge of Canadian County STATE OF OKLAHOMA

**JENNIFER M KING** who sometimes acts as Municipal Judge of CITY OF YUKON and Guardian Ad Litem for children in Canadian County STATE OF OKLAHOMA

**MARIE HIRST** who sometimes acts as Court Clerk of Canadian County STATE OF OKLAHOMA

**MICHELLE GARRISON** who sometimes acts as Juvenile Court Clerk of Canadian County STATE OF OKLAHOMA

**PAUL REYNOLDS** who sometimes acts as Lieutenant Deputy Sheriff of Canadian County STATE OF OKLAHOMA

**CHRIS WEST** who sometimes acts as Sheriff of Canadian County STATE OF OKLAHOMA

KEVIN WARD who sometimes acts as Under Sheriff of Canadian County STATE OF OKLAHOMA

SHEILA PRENO who sometimes acts as Secretary of Canadian County Sheriff Department STATE OF OKLAHOMA

ADAM FLOWERS who sometimes acts as Captain of Canadian County Sheriff Department STATE OF OKLAHOMA

PHIL BLEVINS who sometimes acts as Captain of Canadian County Sheriff Department STATE OF OKLAHOMA

RYAN DOBBS who sometimes acts as Attorney

HUNTER K. BOLING who sometimes acts as Attorney—court appointed—and Guardian Ad Litem for children CANADIAN COUNTY STATE OF OKLAHOMA

TOMMY HUMPHRIES who sometimes acts as District Attorney of Canadian County STATE OF OKLAHOMA

MIKE FIELDS who sometimes acts as District Attorney of Canadian County STATE OF OKLAHOMA

LORY DEWEY a.k.a. LORI DEWEY who sometimes acts as Assistant District Attorney of Canadian County STATE OF OKLAHOMA

JENNIFER HOSKINS who sometimes acts as Attorney—court appointed—of Canadian County STATE OF OKLAHOMA

JUSTIN DALE HOLLIDAY a.k.a. JUSTIN DALE STONE who sometimes acts as Attorney—court appointed—of Canadian County STATE OF OKLAHOMA
TAMMY RIGGS who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

CHELSEA PHILLIPS who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

MICHAEL TERHERST who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

SONDRA CANTU who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

SUSAN ALLEN who sometimes acts as Child Welfare Specialist and Investigator with Oklahoma Department of Human Services

BETTY CAMACHO who sometimes acts as Child Welfare Specialist and Supervisor with Oklahoma Department of Human Services

RYAN DEAN CLOPTON who sometimes acts as Deputy with the Payne County Sheriff Department and foster parent with Oklahoma Department of Human Services

KIMBERLY SUE CLOPTON who sometimes acts as foster parent with Oklahoma Department of Human Services

KEVIN STITT who sometimes acts as Governor of the STATE OF OKLAHOMA

GENTNER DRUMMOND who sometimes acts as Attorney General of STATE OF OKLAHOMA

JOSHUA ADAM KOVALSCIK a man father to ida and aurelius

NICOLE MARIE DESCENNA a.k.a. NICOLE MARIE KOVALSCIK who sometimes acts as Peer Support Specialist OHIO DEPARTMENT HEALTH HUMAN SERVICES

SONYA HALL a.k.a. SONJA HALL, SONYA COX, SONJA COX a woman

SANDRA HENRY a woman

SHAWN TAYLOR a.k.a. SEAN TAYLOR a man

GARY E MILLER CHILDREN'S JUSTICE CENTER

CANADIAN COUNTY DEPARTMENT OF HUMAN SERVICES

CANADIAN COUNTY SHERIFF DEPARTMENT

PAYNE COUNTY SHERIFF DEPARTMENT

PAYNE COUNTY DEPARTMENT OF HUMAN SERVICES

OKLAHOMA DEPARTMENT OF HUMAN SERVICES

MUNCIPAL CITY OF STILLWATER STATE OF OKLAHOMA

MUNICIPAL CITY OF EL RENO STATE OF OKLAHOMA

LAURA AUSTIN THOMAS who sometimes acts as District Attorney of PAYNE COUNTY STATE OF OKLAHOMA

**PHILLIP CORELY** who sometimes acts as District Judge PAYNE COUNTY STATE OF OKLAHOMA

**JOSE VILLAREAL** who sometimes acts as Assistant District Attorney of PAYNE COUNTY STATE OF OKLAHOMA

**JACOB SECREST** who sometimes acts as officer of STILLWATER POLICE DEPARTMENT