## Letter of Demand for Monetary Judgement

From:
samantha-siong: ricks, woman
General Delivery Town Post
Shobonier, IL [62885]
operationwipetears@proton.me
(520) 500-4506
(945) 289-6483

FILED
APR 07 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____CMO_____, DEPUTY

April 1, 2025

To:
TODD ROSS
OKLAHOMA STATE TREASURER
STATE CAPITOL BUILDING, ROOM 217
2300 LINCOLN BLVD.
OKLAHOMA CITY, OKLAHOMA 73105

Subject: CIV-24-739-PRW

Dear Todd Ross,

This letter is in reference to the *Judgement for Monetary Damages* in the amount of $10,000,000,000.00 (Ten Billion US Dollars) that is owed to me as seen on and for the public record at 'Federal Court' District Court united States for western Oklahoma. The payment is over 90 days past due. Payment in-full is due to me immediately. Failure to pay the full amount owed to me will result in further action at law.
Thank you for your prompt response to my *Demand*.

samantha-siong: ricks
All God Given Rights Reserved
Without Recourse
Without Prejudice

*samantha-siong ricks* [signature with thumbprint]

1

# AFFIDAVIT OF SERVICE

County of Oklahoma
State of Oklahoma

Date: April 2, 2025

**I. SERVER.** I, Tanawah Downing ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

**II. DOCUMENTS.** The documents served are described as: Demand Letter, Ricks

**III. RECIPIENT.** The above-mentioned documents were delivered to:
  a.) Defendant/Respondent: Todd Russ ("Recipient")
  b.) Address/Location: 2300 N. Lincoln Blvd, Oklahoma City,
  c.) Date: April 2, 20 25  Time: 14 : 10  ☐ AM ☒ PM

**IV. DELIVERY.** The Recipient received the documents by: (check one)

  ☐ - **Mail.** The Server sent the documents in the mail by: (check all that apply)
    ☐ - Standard Mail
    ☐ - Electronic Mail (E-Mail)
    ☐ - Certified Mail (with return receipt)
    ☐ - FedEx
    ☐ - UPS
    ☐ - Other
  ☐ - **Direct Service.** The Server handed the documents to a person identified as the Recipient.
  ☐ - **Someone at the Residence.** The Server handed the documents to someone who identified as living at the residence and stated their name is: _____.
  ☐ - **Someone at the Workplace.** The Server handed the documents to someone who identified to be the Recipient's co-worker and stated their name is: _____.
  ☐ - **Leaving at the Residence.** The Server left the documents in the following area: _____.
  ☐ - **Recipient Rejected Delivery.** The Server delivered the documents to the Recipient in-person and did not accept delivery.
  ☒ - **Other.** Andy Ferguson, Agent, Chief Policy Advisor to Treasurer "Drop Serve"

**V. VERIFICATION.** I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

Server's Signature: _____  Date: April 2, 2025
Print Name: Tanawah M. Downing



Page 1 of 1