### 'Federal Court'
at
District Court of united States
For western Oklahoma

| | | |
|---|---|---|
| i: a woman<br>*prosecutor* | ) | CIV-24-739-PRW |
| | ) | |
| | ) | Request Court Reporter |
| ──────────────── | ) | |
| | ) | **FILED** |
| BOB HUGHEY d.b.a.<br>Associate District Judge *et al.* :<br>*Wrongdoer(s)* | )<br>)<br>) | APR 08 2025<br><br>JOAN KANE, CLERK<br>U.S. DIST. COURT, WESTERN DIST. OKLA.<br>BY_____, DEPUTY |

**NOTICE**

The *Ricks Court* delivers *notice*:

i woman samantha-siong: ricks out of necessity file this *Request Court Reporter* and do wish require and demand a 'court reporter' be present and transcribe the record during the EMERGENCY APPLICATION HEARING FOR CONTEMPT AND MOTION FOR SANCTIONS:

1. Reckless Denial of Monetary Judgment
2. Wrongful Deprivation of Property
3. Wrongful Deprivation in Fundamental Due Process

i will require: compensation of one-dollar for every second (*viz.* moment in Time) for **any** trespass;

*samantha-siong:ricks*
April 8, 2025