IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMANTHA SIONG RICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-739-PRW |
| | ) |
| BOB W. HUGHEY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is *pro se* Plaintiff's Notice titled "Amended Wrongdoers" (Dkt. 41). In full, the Notice, titled "Amended Wrongdoers," states: "The *Ricks Court* delivers *notice*: Additional Wrongdoers: Patrick R Wyrick d.b.a. Judge[,] Joan Kane d.b.a. Court Clerk[.]"[1] It then states "[I] will require: compensation of one-dollar for every second (*viz.* moment in Time) for any trespass[,]" and is signed by Plaintiff.[2]

It is unclear what Plaintiff's goal was in filing the notice. In the event that the Notice is an attempt at amending Plaintiff's Complaint, it is not in compliance with the Local Civil Rules or the Federal Rules of Civil Procedure.[3] As such, the Notice (Dkt. 41) is **STRICKEN**.

---

[1] Pl.'s Notice (Dkt. 41) (emphasis in original).

[2] *Id.*

[3] *See* Fed. R. Civ. P. 15(a)(1), (2) (providing that "[a] party may only amend its pleading once at a matter of course within . . . 21 days after serving it," or within 21 days of receipt of a responsive pleading; "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."); *see also* LCvR15.1 (requiring

**IT IS SO ORDERED** this 21st day of April 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

a party seeking leave to amend its pleading to file a motion and to attach the proposed pleading as an exhibit to the motion).