in
# 'Federal Court'
at
district court of the united States
for western Oklahoma

| | | |
|---|---|---|
| i: **a woman**;<br>*aggrieved party*<br>_____<br><br>**BOB W HUGHEY** d.b.a. Associate<br>District Judge *et al.*<br>*Wrongdoer(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | common law case:<br>5:24-cv-00739-PRW<br><br>(verified)<br><br>FILED<br>MAY 05 2025<br>JOAN KANE, CLERK<br>U.S. DIST. COURT, WESTERN DIST. OKLA.<br>BY _____, DEPUTY |

### notice: clerk is to file

The attached "judgement final" and "notice: court; Court; COURT:" and subpoena(s) and "correct[ed] record cover sheet" ec&; is a "Common Law Prerogative" that proceeds according to the "Rules of Common Law" and NOT Federal Rules of Civil Procedure under Leviathan's civil law. You are commanded to deliver said documents to the addressed Justice under penalty of Law for aiding and abetting for treason if you unlawfully conceal, remove, mutilate, obliterate, or destroy said document.

You are directed to obey the Law by "Time Stamping the Cover Sheet" and return a copy without delay. If you choose not to obey the Laws clearly stated below, you are commanded to return a copy of your oath, surety bond and financials as required by law upon demand, in accordance with 1 Stat 122 and 2 Stat 298 and FRCP Rule 902, Article VI Clause 3, Title 31 USC §225.1. You are compelled to answer under 28 USC §1361.

**18 USC §2381** – **TREASON** – Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

**CLERK IS TO TAKE NOTICE OF THE FOLLOWING LAWS:**

**CLERK IS TO FILE** – **18 USC §2076** – Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**CLERK IS NOT TO BE PERSUADED – 18 USC §1512** (b) Whoever [Judges] knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to – (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) … (c) Whoever corruptly (1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**CLERK IS NOT TO REMOVE AND RETURN – 18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States…

**§175.25** A person is guilty of tampering with public records in the first degree when, knowing that (s)he does not have the authority of anyone entitled to grant it, and with intent to defraud, (s)he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the first degree is a class D felony.

**§175.05** Falsifying public records in the second degree is a class A misdemeanor. A person is guilty of falsifying public records in the second degree when, with intent to defraud, he: Makes or causes a false entry in the public records; or alters, erases, obliterates, deletes, removes or destroys a true entry in the public records; or Omits to make a true entry in the public records in violation of a duty to do so which he knows to be imposed upon him by law or by the nature of his position; or Prevents the making of a true entry or causes the omission thereof in the public records.

**§175.20** Tampering with public records in the second degree. A person is guilty of tampering with public records in the second degree when, knowing that he does not have the authority of anyone entitled to grant it, he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the second degree is a Class A misdemeanor.

*Samantha- siong:ricks*

May 5, 2025

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

[correct[ed] record: 5:24-cv-00739-PRW]

The JS 44 civil cover sheet and the information contained herein neither replace or supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) aggrieved party prosecutor
woman: samantha-siong: ricks

### Wrongdoer[s]
BOB W HUGHEY et al.

**(b)** County of Residence of First Listed aggrieved: Cobb County, GA

County of Residence of First Listed Wrongdoer: CANADIAN COUNTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** , Address, and Telephone Number)
samantha-siong: ricks
General Delivery Town Post
Shobonier, Illinois 62885
(945) 289-6483
(520) 500-4506

Attorneys *(If Known)*
An attorney cannot admit evidence into the court; [s]he is either an attorney or a witness. Attorney(s) may not speak in common law court they have no standing.
Trinsey v. Pagliaro D.C. Pa. 1964 229 F. Supp. 647

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for aggrieved and One Box for wrongdoer)*
*(For Diversity Cases Only)*

|  | a.p.p | w.d. |  | a.p.p | w.d. |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Georgian [non citizen] | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability |  |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending |  |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract |  | 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | [X] 360 Other Personal Injury | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice |  | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
|  |  |  |  | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 790 Other Labor Litigation | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee |  | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence |  | 870 Taxes (U.S. Plaintiff or Defendant) |  |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General |  | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | IMMIGRATION |  | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions |  |  |
|  |  | 550 Civil Rights |  |  |  |
|  |  | 555 Prison Condition |  |  |  |
|  |  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
N/A  :The Ricks Court moves under the common law: Article III court and Seventh Amendment
Brief description of cause:
Claim trespass: i a woman have been wronged: someone administer my property without right, kidnapping, property damage, robbery

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $10,000,000,000.00

**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE(S): BOB W HUGHEY, PHILLIP CORLEY
DOCKET NUMBER: JD-2021-88, CF-2022-317

**DATE:** May 5, 2025

**autograph aggrieved party prosecutor:** Samantha-siong: ricks

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

My writings herein pertain to a claim not to a complaint; use of this form is for convenience and does not indicate or confer jurisdiction except to solely "common law." This document has no legal meaning.   Without Recourse   Samantha-siong: ricks