in

# 'Federal Court'

at

district court of united States
for western Oklahoma

FILED

MAY 05 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____, DEPUTY

i: **a woman;**
*prosecutor*

)
)
)
)
)
**BOB HUGHEY d.b.a.** )
**Associate District Judge** *et al.* )
*Wrongdoer(s)* )
)

common law case:
5:24-cv-00739-

(verified)

## notice: court; Court; COURT:

The *Ricks Court* presents notice:

**Firstly:**   Patrick R. Wyrick united States district judge wrote to me that i, a woman [not **Plaintiff, Pro Se** ec&.] should amend my *claim* [not **Complaint** ec&.] according to the **FEDERAL RULES OF CIVIL PROCEDURE (FRCP)** and; that i **(aggrieved)** *claim* is not in compliance with **FRCP**;

---

II. Plaintiff's Complaint

Prior to reaching the merits of the pending motions to dismiss filed by various defendants, the Court notes that Plaintiff's Complaint is not in compliance with the Federal Rules of Civil Procedure....

This action will be dismissed without prejudice unless Plaintiff files an amended

complaint in compliance with the Federal Rules of Civil Procedure within fourteen (14) days of this Order.

IT IS SO ORDERED this 21st day of April 2025.

*/s/ Patrick R. Wyrick*
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

**Secondly:** i, and the *Wrongdoer(s)* are now present in a, "court of law" a/k/a/ "court of record", [not a **court of equity**; code pleading; a **FRCP**; ec&];

**Thirdly:** i, do/did not surrender my case to act under the **FEDERAL RULES OF CIVIL PROCEDUCRE (FRCP)**;

**Fourthly:** *Court* is under control to the law, common to the people, from within this district [common law];

> Writ of Mandamus Federal Court Of Record Case No: <u>1:16-CV-1400</u>
>
> The jury is the Achilles' heel of tyrants, H.G. Wells.
>
> ....The people have the unalienable right to impanel their own grand and petit juries as much as they have the unalienable right to indict or not, to decide both the facts and the law, to decide the penalty with an eye on restitution, and to choose their own sheriff with no ties to any authority save the common law....
>
> ....The doctrine of sovereign immunity is one of common law immunities and defenses that are available to the sovereign. A consequence of this prerogative is the legal omnipresence of the [K]ing. **His Majesty, Jesus Christ**, in the eye of the law, is always present in all his courts. Though he cannot personally distribute justice, his judges, the people, are the mirror by which the king's image—that's **Jesus Christ**—is reflected. We, the people, never gave government the power to orientate the juries.... (emphasis added)
>
> ....The people have the unbridled right to empanel their own grand juries. In the United States Supreme Court case of 'United States v. Williams', Justice Antonin Scalia, writing for the majority, confirmed that the American grand jury is neither part of the judicial, executive, nor legislative branches of government, but instead belongs to the people. It is, in effect, a fourth branch of government, governed and administered directly by and on behalf of the American people, and its authority emanates from the Bill of Rights....
>
> ...." The constitutions of most of our states assert that all power is inherent in the people, that they may exercise it by themselves in all cases to which they think themselves competent, as to electing their functionaries—executive and legislative—and deciding by a jury of themselves both the facts and the law in all judiciary cases in which fact is involved. Leave no authority existing not responsible to the people. When governments fear the people, there is liberty. When the people fear the government, there is tyranny. Today marks the line in the sand, and we are here to end the tyranny and sound liberty's bell again. We, the people, now have the watch.

*"But this shall be the covenant that I will make with the house of Israel; After those days, saith the LORD, I will put my law in their inward parts, and write it in their hearts; and will be their God, and they shall be my people." - Jeremiah 31:33*

*"For when the Gentiles, which have not the law, do by nature the things contained in the law, these, having not the law, are a law unto themselves: Which show the work of the law written in their hearts, their conscience also bearing witness, and their thoughts the mean while accusing or else excusing one another." - Romans 2:14-15*

*"For this is the covenant that I will make with the house of Israel after those days, saith the Lord; I will put my laws into their mind, and write them in their hearts: and I will be to them a God, and they shall be to me a people."- Hebrews 8:10*

**Fifthly:** the *jury* judged the facts and the matters of the law, which the *Court* lays before them;

> IN FEDERAL COURT AT THE UNITED STATES DISTRICT COURT FOR THE
> WESTERN DISTRICT OF OKLAHOMA
>
> Civil Action No. CIV-24-739-PRW
>
> FILED
> DEC 0 2 2024
> JOAN KANE, CLERK
> U.S. DIST COURT, WESTERN DIST. OKLA.
> BY _____, DEPUTY
>
> a woman samantha-siong: ricks     )
> Plaintiff,                        )
> v.                                )  VERDICT
>                                   )
> Wrongdoer(s) - See Wrongdoer(s) list below.  )
>
> ==============================================
>
> "We the People" of the United States of America, a jury of twelve (12), on and for the public record do find for the plaintiff, the woman samantha-siong: ricks and do order the immediate restoration of her property, a boy aurelius and a girl ida stolen and concealed by Wrongdoer(s) and do award to the woman samantha-siong: ricks money damages in the amount of $10,000,000,000.00 US Dollars (Ten Billion and 00/100 Dollars) against the Wrongdoers(s) to be paid-in-full and settled within thirty (30) days. See Wrongdoer(s) list below.
>
> _____  (Deborah A. Boehm)
> (Foreperson Autograph)
> 14507 W. Roanoke Ave   602-399-8936
> Goodyear, AZ 85395   dboehm1847@gmail.com
>
> ==============================================
>
> **Wrongdoer(s) List**
>
> BOB W HUGHEY who sometimes acts as Associate District Judge of Canadian County
> STATE OF OKLAHOMA

[see **Addendum A** – corrected verdict – final judgement]

**Sixthly:** i, a woman see no benefit as being subject to the **FRCP**, Rules promulgated by a Legal Society in which i, am not a member, nor wish to be;

**Seventhly:** only a man or a woman may speak in *Court* to testify that they did not do me wrong; (see Trinsey v Pagliaro, D.C.Pa. 1964, 229 F. Supp. 647.)

> The case of Trinsey v. Pagliaro, decided in the Eastern District of Pennsylvania, establishes a principle regarding the use of hearsay in legal proceedings, particularly in motions to dismiss. The court's ruling highlights that unverified statements from attorneys, even if presented in legal documents, do not constitute sufficient evidence to justify dismissing a case. This principle is important because it ensures that courts base their decisions on reliable and verifiable evidence rather than on the mere assertions of counsel. **Trinsey v Pagliaro**, D.C.Pa. 1964, 229 F. Supp. 647.
>
> *Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in*
>
> > "By God were all things created, that are in heaven, and that are in earth, visible and invisible, whether [they be] thrones, or dominions, or principalities, or powers: all things were created by Him, and for Him." And "he is before all things, and by Him all things consist" – Colossians 1:16-17 and through His Natural Law We the People are vested with unalienable rights, governments are not!     **Writ Mandamus A Prerogative Writ – The People's Remedy**

# United States Supreme Court
1 First Street, NE Washington, DC 20543

JURISDICTION, COURT OF RECORD
TRIBUNAL, WE THE PEOPLE
NATIONAL EMERGENCY

## Writ Mandamus[6]
*A PREROGATIVE WRIT – THE PEOPLE'S REMEDY[7]*

**TO:** The United States Supreme Court, and Individually Justice John G. Roberts, Justice Clarence Thomas, Justice Samuel A. Alito, Jr., Justice Sonia Sotomayor, Justice Elena Kagan, Justice Neil M. Gorsuch, Justice Brett M. Kavanaugh, Justice Amy Coney Barrett, and Justice Ketanji Brown Jackson:

COMES NOW THE CONSTITUTED[8] UNIFIED[9] UNITED STATES COMMON LAW[10] GRAND JURY[11] OF THE FIFTY UNITED STATES OF AMERICA TO COMMAND THE UNITED STATES SUPREME COURT JUSTICES to perform their sworn duty to champion the reinstatement of our Common Law Courts of Justice. Thereby guaranteeing, as is your sworn duty, to every state in this union a Republican Form of Government[12] as ordained by the People via the Constitution and protect our courts against invasion,[13] or vacate your office!

---

[6] **Writ Mandamus** – An extraordinary judicial writ issuing out of a court of superior jurisdiction, directed to an inferior court or tribunal exercising judicial powers, for the purpose of preventing the inferior tribunal from usurping a jurisdiction with which it is not lawfully vested, State v. Stanfield, 11 Okl.Cr. 147, 143 P. 519, 522; from assuming or

---

## MEMORANDUM OF LAW CONCERNING THE ABROGATION OF THE LAW OF THE LAND
*Article III §2. The judicial power shall extend to all cases, in law[1] and equity[2]...*

The purpose of this memorandum is to expose the seditious conspiracy via the "1934 Rules Enabling Act," perpetrated by the 73rd Congress, the American Bar Association, the United States Supreme Court, and the Federal Judiciary which have poisoned every attorney and every court in America by replacing Law and Equity with civil law in 1938. Subsequently, together said perpetrators did conspired and did overthrew the Government of the United States of America by abrogating the Peoples' "Courts of Justice," turning them into a "Den of Thieves," in violation of 18 USC §2383[3] and, 18 USC §2384.[4] Whereas, the ABA being the chief orchestrator advocates, abets, advises, and teaches the duty, necessity, desirability, of abrogating the "Law of the Land" to their minions of the New World Order a/k/a BAR attorneys, in violation of 18 USC §2385.[5] This single treasonous act abrogated our courts of Law, courts of equity, Declaration of Independence, United States Constitution, and our Bill of Rights.

Said conspirators have levied war against the Constitution and thereby We the People. They have given aid and comfort to the enemy within the United States and elsewhere.

---

[1] **AT LAW, Black's 4th:** This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.
[2] **EQUITY, Black's 4th:** Equity is a body of jurisprudence, or field of jurisdiction, differing in its origin, theory, and methods from the common law. – Laird v. Union Traction Co., 208 Pa. 574, 57 A. 987;
[3] **18 USC §2383 - Rebellion or insurrection** - Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.
[4] **18 USC §2384 - Seditious conspiracy** - If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

---

**Eighthly:** Patrick R. Wyrick united States district judge wrote to me that my paper(s) filed "for and on the record" at 'Federal Court' are incoherent; a judge to be qualified to remain in honor must comprehend the common language of "We the People" as seen in **Executive Order 11363** below, common to all men; i, a woman do not speak nor write leagalese, chinese, code, statute or anything other than the common

language english; any attempt to direct i to correct/twist/change or amend my common english writing is contrary to the law of the land; land = people;

> **From: Partick R. Wyrick:**
>
> "I. Plaintiff's Emergency Application for Contempt and Request for Sanctions
>
> Plaintiff has filed numerous incoherent notices to the Court, one of which is titled "Emergency Application for Contempt and Request for Sanctions" (Dkt. 28). Though especially scant, this filing appears to request that Defendants be held in contempt and/or sanctioned for their "Reckless Denial of Monetary Judgment," "Wrongful Deprivation of Property," and "Wrongful Deprivation in Fundamental Due Process."[1] She seeks one dollar for every second of trespass."



*Maxim of Law: A twisting of language is unworthy of a judge. Hob. 343.*

**Ninthly:** Patrick R. Wyrick united States district judge wrote to me:

> **From: Patrick R. Wyrick:**
>
> "Plaintiff's [woman's] Complaint [claim] purports to allege claims against forty-four defendants [wrongdoer(s)]. The Complaint [claim] itself spans only eight pages, but attached to the Complaint [claim] is a twenty page "Affidavit of Facts," a demand for relief, and a "Self-Executing Contract Agreement Fee Schedule Upon Contact of Public Servants/Officials."[11] The Affidavit of Facts references numerous additional exhibits, which Plaintiff [woman] filed a month and a half after her Complaint [claim].[12] The exhibits span 150 pages." Page(s) 4-5

Patrick R. Wyrick united States district judge wrote to me acknowledging my evidence has been filed and [concealed] from *public* view; Joan Kane clerk of court and Patrick R. Wyrick unlawfully ordered the evidence sealed; i a woman do hereby command the evidence unsealed "for and on the record" for the public to view; (see 18 USC § 1512)

> **CLERK IS NOT TO BE PERSUADED** – 18 USC §1512 (b) Whoever [Judges] knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to – (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) … (c) Whoever corruptly (1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

*Maxim of Law*: *An unrebutted affidavit stands as truth in commerce.*

*Maxim of Law*: *An unrebutted affidavit is acted upon as the judgment in commerce.*

*Maxim of Law*: *Guaranteed- All men shall have a remedy by the due course of law. If a remedy does not exist, or if the remedy has been subverted, then one may create a remedy for themselves - and endow it with credibility by expressing it in their affidavit.*

**Tenthly:** *Wrongdoer(s)* failed to respond to i, a woman within twenty-one (21) days of receiving their summons and claim; by tacit agreement they are admitting their liability and agree they have harmed i;

**Eleventhly:** i, say here, and will verify in open court, that all herein be true;

**Twelfthly:** i, a woman demand the use of a room and magistrate so that i may speak "for and on the record" within seventy-two (72) hours;

i require: compensation of $1 dollar for second (*viz.* moment in Time) for **any/all** trespass upon my case;

**Dated:** the ____4th____ day of ____May____, in the year of our Lord, two thousand and twenty-five.

This my solemn acervation through the blood of Jesus Christ, with God the Father as my witness. By a living soul in the form of a man/woman, seen as one of the people, being Saints of Almighty God, created by God. Here and now as the family of Christ standing in the trinity of heart-mind-soul, with my court of conscience, this instrument was prepared as my freewill act and deed, Executed below under my hand and seal.

_samantha-slong:ricks_

Autograph

Notary as Jurat Certificate

**Jurat**

State <u>Oklahoma</u>

County <u>Tulsa</u>

Subscribed and sworn to (or affirmed) before me <u>Linh Tran Stephens</u> (Notary)

On this <u>4th</u> day of <u>May</u>, in the year of our Lord, two thousand and twenty-five before me,

A Notary Public personally appeared <u>Samantha Ricks</u> (Affiant), who proved to me on the basis of satisfactory evidence to be the man/woman whose name is subscribed to the within instruments and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her autograph(s) on the instrument the man/woman executed the instrument.

I certify under Penalty of Perjury under the lawful laws of <u>Oklahoma</u> (state) and that the foregoing paragraph is true and correct. Witness my hand and official seal.

<u>Linh Tran Stephens</u>

Signature of Notary / Jurat Seal

[Notary Seal: LINH TRAN STEPHENS, NOTARY PUBLIC, Commission # 23011925, My Commission Expires 09-01-2027, STATE OF OKLAHOMA]

May 4, 2025