in
# 'Federal Court'
at
district court of the united States
for western Oklahoma

| | |
|---|---|
| i: **a woman**;<br>*aggrieved party*<br>_____<br><br>**BOB W HUGHEY** d.b.a. Associate District Judge *et al.*<br>*Wrongdoer(s)* | common law case:<br>5:24-cv-00739-PRW<br><br>**(verified)**<br>**judgement final** |

## notice: judgement final

"**We the People**" of the united States, an independent **jury** of twelve good people, have judged all matters of fact and law in this case and do unanimously agree that the *aggrieved* has been done wrong and; do find "for and on the record" for the *aggrieved claim* is valid and that the *Wrongdoer(s)* are liable for their actions and; do-so-here-and-now order the immediate restoration of her property, a boy aurelius and a girl ida; stolen and concealed by *Wrongdoer(s)* and do award to the woman samantha-siong: ricks compensation in the amount of **$10,000,000,000.00 US Dollars** (Ten Billion and 00/100 Dollars) to be paid-in-full and settled within seventy-two-hours (72).

## Wrongdoer(s):

BOB W HUGHEY who sometimes acts as Associate District Judge of Canadian County STATE OF OKLAHOMA

JENNIFER M KING who sometimes acts as Municipal Judge of CITY OF YUKON and Guardian Ad Litem for children in Canadian County STATE OF OKLAHOMA

MARIE HIRST who sometimes acts as Court Clerk of Canadian County STATE OF OKLAHOMA

MICHELLE GARRISON who sometimes acts as Juvenile Court Clerk of Canadian County STATE OF OKLAHOMA

PAUL REYNOLDS who sometimes acts as Lieutenant Deputy Sheriff of Canadian County STATE OF OKLAHOMA

CHRIS WEST who sometimes acts as Sheriff of Canadian County STATE OF OKLAHOMA

KEVIN WARD who sometimes acts as Under Sheriff of Canadian County STATE OF OKLAHOMA

SHEILA PRENO who sometimes acts as Secretary of Canadian County Sheriff Department STATE OF OKLAHOMA

ADAM FLOWERS who sometimes acts as Captain of Canadian County Sheriff Department STATE OF OKLAHOMA

PHIL BLEVINS who sometimes acts as Captain of Canadian County Sheriff Department STATE OF OKLAHOMA

RYAN DOBBS who sometimes acts as Attorney

HUNTER K. BOLING who sometimes acts as Attorney—court appointed—and Guardian Ad Litem for children CANADIAN COUNTY STATE OF OKLAHOMA

TOMMY HUMPHRIES who sometimes acts as District Attorney of Canadian County STATE OF OKLAHOMA

MIKE FIELDS who sometimes acts as District Attorney of Canadian County STATE OF OKLAHOMA

LORY DEWEY a.k.a. LORI DEWEY who sometimes acts as Assistant District Attorney of Canadian County STATE OF OKLAHOMA

JENNIFER HOSKINS who sometimes acts as Attorney—court appointed—of Canadian County STATE OF OKLAHOMA

JUSTIN DALE HOLLIDAY a.k.a. JUSTIN DALE STONE who sometimes acts as Attorney—court appointed—of Canadian County STATE OF OKLAHOMA

TAMMY RIGGS who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

CHELSEA PHILLIPS who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

MICHAEL TERHERST who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

SONDRA CANTU who sometimes acts as Child Welfare Specialist with Oklahoma Department of Human Services

SUSAN ALLEN who sometimes acts as Child Welfare Specialist and Investigator with Oklahoma Department of Human Services

BETTY CAMACHO who sometimes acts as Child Welfare Specialist and Supervisor with Oklahoma Department of Human Services

RYAN DEAN CLOPTON who sometimes acts as Deputy with the Payne County Sheriff Department and foster parent with Oklahoma Department of Human Services

KIMBERLY SUE CLOPTON who sometimes acts as foster parent with Oklahoma Department of Human Services

KEVIN STITT who sometimes acts as Governor of the STATE OF OKLAHOMA

GENTNER DRUMMOND who sometimes acts as Attorney General of STATE OF OKLAHOMA

JOSHUA ADAM KOVALSCIK a man father to ida and aurelius

NICOLE MARIE DESCENNA a.k.a. NICOLE MARIE KOVALSCIK who sometimes acts as Peer Support Specialist OHIO DEPARTMENT HEALTH HUMAN SERVICES

SONYA HALL a.k.a. SONJA HALL, SONYA COX, SONJA COX a woman

SANDRA HENRY a woman

SHAWN TAYLOR a.k.a. SEAN TAYLOR a man

GARY E MILLER CHILDREN'S JUSTICE CENTER

CANADIAN COUNTY DEPARTMENT OF HUMAN SERVICES

CANADIAN COUNTY SHERIFF DEPARTMENT

PAYNE COUNTY SHERIFF DEPARTMENT

PAYNE COUNTY DEPARTMENT OF HUMAN SERVICES

OKLAHOMA DEPARTMENT OF HUMAN SERVICES

MUNCIPAL CITY OF STILLWATER STATE OF OKLAHOMA

MUNICIPAL CITY OF EL RENO STATE OF OKLAHOMA

LAURA AUSTIN THOMAS who sometimes acts as District Attorney of PAYNE COUNTY STATE OF OKLAHOMA

PHILLIP CORELY who sometimes acts as District Judge PAYNE COUNTY STATE OF OKLAHOMA

JOSE VILLAREAL who sometimes acts as Assistant District Attorney of PAYNE COUNTY STATE OF OKLAHOMA

JACOB SECREST who sometimes acts as officer of STILLWATER POLICE DEPARTMENT

## Affidavit

i, woman deborah do hereby declare that all herein be true. i am a member of the private association known as **Affidavit Mommas** as well as a member of the private association known as **Saints of Almighty God**. Having convened a jury of like-minded people, both men and

women, who readily agreed to sit as a jury of peers for samantha-siong: ricks, i as the foreman, did schedule and did/do keep the record of meeting(s) attended by the jury. The first meeting assembled September 30, 2024. All 12 jurors were present as well as samantha-siong: ricks. Those present received a copy of federal **claim** [5:24-cv-00739-PRW] and ALL EXHIBITS that are "for and on the record" in federal court at district court of the united States for western Oklahoma. The jury met for approximately two (2) hours during which time they asked questions of fact to familiarize themselves with the **claim.** The second meeting with the jury assembled October 8, 2024. The third and final meeting was assembled October 15, 2024 with witness, a woman, chrisalena-elizabeth: pringle present to answer questions of fact as she has first-hand knowledge of the **claim**; during this meeting ALL jurors agreed to submit to i, woman deborah their decision/verdict by way of affidavit by November 12, 2024. The unanimous decision was then perfected and submitted by U.S.P.S. and filed "for and on the record" December 2, 2024 at federal court in district court of united States for western Oklahoma.

_deborah-ann: boehm_
_____
(autograph jury foreman)

JURAT

State of  Oklahoma                )
                                  )ss.
County of Tulsa                   )

The above named living woman ___deborah-ann: boehm_____appeared before me, a Notary, and proved to me on the basis of satisfactory evidence to be the woman whose name is subscribed to the within instrument, and that by her autograph on the Public Notice Declaration of Peace Treaty and accepts and declares the truth thereof. Under oath this __04th____ day _May_____, A.D. 20_25_

_Linh Tran Stephens_
Notary autograph
Seal/Stamp
My commission expires.

[Notary Seal: LINH TRAN STEPHENS, NOTARY PUBLIC, Commission # 23011925, My Commission Expires 09-01-2027, STATE OF OKLAHOMA]