AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# 'Federal Court' at district court for western Oklahoma

Western District of Oklahoma

| | |
|---|---|
| i, a woman samantha-siong: ricks ) | |
| Aggrieved Party Prosecutor ) | Claim No.   5:24-cv-00739-PRW |
| ) | |
| CANADIAN COUNTY DEPARTMENT OF HUMAN SERVICES ) | |
| ) | |
| Wrongdoer ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION DISCLAIMER**

To: AMANDA BENNER, SUPERVISOR CANADIAN COUNTY OKLAHOMA DHS

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All medical records pertaining to ida-rose: kovalscik to include but not limited to dental exams, surgery[s], lab results, x-ray[s], pictures, charts, psychotherapy treatment, medications prescribed, video recordings, audio recordings; names and contact for each and every doctor/dentist/nurse who performed services upon ida-rose: kovalsick for the full duration ida-rose: kovalscik was held in the custody of the OKDHS beginning date 12/22/21 to day of release from custody.

| Place: operationwipetears@proton.me | Date and Time: MAY 10, 2025  9 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __i a woman: samantha- siong: ricks aggrieved party prosecutor__ , who issues or requests this subpoena, are:

General Delivery Town Post Shobonier, Ilinois [62885] 520-500-4506, 945-289-6483 operationwipetears@proton.me

My writings herein pertain to a claim not to a complaint; use of this form is for convenience and does not indicate or confer jurisdiction except to solely "common law." This document has no legal meaning.
                                                                                                Without Recourse  samantha-siong: ricks
                                                                                                                   (autograph)

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Claim No. 5:24-cv-00739-PRW

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# 'Federal Court' at district court for western Oklahoma

Western District of Oklahoma

| | |
|---|---|
| i a woman samantha-siong: ricks </br> Aggrieved Party Prosecutor </br> PAYNE COUNTY SHERIFF DEPARTMENT </br> Wrongdoer | Claim No.   5:24-cv-00739-PRW |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION DISCLAIMER**

To:   JOE HARPER SHERIFF PAYNE COUNTY STATE OF OKLAHOMA

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All body-cam and dash-cam video recordings from August 6, 2022 during the arrest of the woman samantha-siong: ricks and the man elijah-david: erlebach from Deputy Jacob Secrest commissioned recording devices. All personal property belonging to the woman samantha-siong: ricks held in the Payne County Sherrif Department to include but not limited to: laptop computer, multiple cell phones and other electronic devices, papers and the 9mm Smith and Wesson and ammunition and accessories.

| Place: operationwipetears@proton.me </br> FBI Oklahoma Filed Office </br> 3301 Western Road </br> Oklahoma City, Oklahoma 73134 | Date and Time: </br> </br> MAY 10, 2025  9 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____   _____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   i a woman: samantha- siong: ricks aggrieved party prosecutor_____ , who issues or requests this subpoena, are:

General Delivery Town Post Shobonier, Ilinois [62885] 520-500-4506, 945-289-6483 operationwipetears@proton.me

My writings herein pertain to a claim not to a complaint; use of this form is for convenience and does not indicate or confer jurisdiction except to solely "common law." This document has no legal meaning.

Without Recourse  *samantha-siong-ricks*
*(autograph)*

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Claim No. 5:24-cv-00739-PRW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: