IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMANTHA SIONG RICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-739-PRW |
| | ) |
| BOB W. HUGHEY, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the Court's Order entered this date, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 8th day of May 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1