IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMANTHA SIONG RICKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-739-PRW |
| BOB W. HUGHEY, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is *pro se* Plaintiff's filing titled "Quo Warranto Notice and Demand for Oath" (Dkt. 55). It is difficult to ascertain Plaintiff's intent behind the document. To the extent that the filing is a Federal Rule of Civil Procedure 59(e) motion for reconsideration of the Court's Order (Dkt. 53) and the accompanying Judgment (Dkt. 54) dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's filing presents no grounds for relief.[1] Accordingly, the Motion (Dkt. 55) is **DENIED**.

**IT IS SO ORDERED** this 16th day of May 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.").